

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00030-CV

| | | |
|---|---|---|
| Kathleen J. Dickerson | § | From the 360th District Court |
| | § | of Tarrant County (360-479099-10) |
| v. | § | November 26, 2014 |
| Larry E. Dickerson | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Kathleen J. Dickerson shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM